NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARIA DIAGNOSTICS, INC.,**
*Plaintiff-Appellee,*

v.

**SEQUENOM, INC.,**
*Defendant-Appellant.*

---

2012-1531

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-6391, Judge Susan Illston.

---

**ON MOTION**

---

Before DYK, *Circuit Judge.*

**ORDER**

Sequenom, Inc. moves for the court to take judicial notice of a published United States patent application. Aria Diagnostics, Inc. opposes.

Judicial notice may be appropriate with respect to public documents since they are generally known or capable of accurate and ready determination by resort to sources

ARIA DIAGNOSTICS, INC. V. SEQUENOM, INC.                    2

whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201. However, the relevance of such materials is left to the discretion of the merits panel.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case

FOR THE COURT

SEP 2 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. Malecek, Esq.
David Isaac Gindler, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2012

JAN HORBALY
CLERK